# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBERT GRIFFIN, JR.,

    Plaintiff,

v.                                  CASE NO.5:08cv172-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED. The Commissioner must grant the plaintiff's application for benefits consistently with the report and recommendation and this

order.  The clerk must enter judgment and close the file.

     SO ORDERED on June 23, 2009.

                                                s/Robert L. Hinkle
                                                United States District Judge